Herman Kahoute, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Walton County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

———————

Charles Browne alias, etc., Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Volusia County.

Writ of Error dismissed by order of the Court.

*J. E. Peacock,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, for the State.

———————

R. Bazile Brossier, Appellant, v. Ames A. Barlow, Appellee.

An Appeal from the Circuit Court for Brevard County.

Appeal dismissed on motion of counsel for Appellant.

*W. B. Crawford,* for Appellant.